**FORM 3**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| INDUSTRIAL PESQUERA SANTA PRISCILA S.A. and SOCIEDAD NACIONAL DE GALÁPAGOS C.A., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | **Court No. 25-00025** |

TO: The Attorney General and the United States Department of Commerce

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Mario Toscano
Clerk of the Court

1. (Name and standing of plaintiffs): Plaintiffs, Industrial Pesquera Santa Priscila S.A. and Sociedad Nacional de Galápagos C.A., are foreign producers and/or exporters of the subject merchandise, frozen warmwater shrimp from Ecuador. Therefore, plaintiffs are interested parties within the meaning of 19 U.S.C. § 1677(9)(A).

   Plaintiffs were mandatory respondents in the countervailing duty investigation conducted by the United States Department of Commerce ("Commerce") that is contested here. Plaintiffs actively participated in the investigation through the submission of factual information and written argument and, thus, also are parties to the proceeding as defined in 19 C.F.R. § 351.102(b)(36).

   Therefore, Plaintiffs have standing to bring this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c) as interested parties who were parties to the proceeding identified below.

2. (Brief description of contested determination): Plaintiffs contest certain aspects of Commerce's final determination, as published in *Frozen Warmwater Shrimp from Ecuador: Final Affirmative Countervailing Duty Determination*, 89 Fed. Reg. 85,506

(Dep't Commerce Oct. 28, 2024) and *Countervailing Duty Order*, 89 Fed. Reg. 104,982 (Dep't Commerce Dec. 26, 2024).

3. (Date of determination):  The contested Final Affirmative Countervailing Duty Determination was issued by Commerce on October 22, 2024, and the Countervailing Duty Order was issued by Commerce on December 18, 2024.

4. (If applicable, date of publication in Federal Register of notice of contested determination):  Commerce published its Countervailing Duty Order in the *Federal Register* on December 26, 2024 (89 Fed. Reg. 104,982).  Commerce published its final Affirmative Countervailing Duty Determination on October 28, 2024 (89 Fed. Reg. 85,506).

/s/ Warren E. Connelly
Jarrod M. Goldfeder
Warren E. Connelly
Kenneth N. Hammer
TRADE PACIFIC PLLC
700 Pennsylvania Avenue, SE
Suite 500
Washington, DC  20003
Tel:  (202) 223-3760
wconnelly@tradepacificlaw.com

*Counsel to Plaintiffs Industrial Pesquera Santa Priscila S.A. and Sociedad Nacional de Galápagos C.A.*

January 22, 2025
Date

## SERVICE OF SUMMONS BY THE CLERK

      If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-in-Charge
U.S. DEPARTMENT OF JUSTICE
International Trade Field Office
Commercial Litigation Branch - Civil Division
26 Federal Plaza – Room 346
New York, NY  10278

Supervising Attorney
Commercial Litigation Branch – Civil Division
U.S. DEPARTMENT OF JUSTICE
1100 L Street, NW
Room 12124
Washington, DC  20530

General Counsel
U.S. DEPARTMENT OF COMMERCE
14th Street & Constitution Avenue, NW
Room 5875
Washington, DC  20230

Chief Counsel
Office of the Chief Counsel for Trade Enforcement & Compliance
U.S. DEPARTMENT OF COMMERCE
14th Street and Constitution Ave., NW
Room 3622
Washington, DC 20230

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)