**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE THE HONORABLE RICHARD K. EATON, JUDGE**

INDUSTRIAL PESQUERA SANTA PRISCILA, S.A. and SOCIEDAD NACIONAL DE GALAPAGOS, C.A.,

Plaintiffs,

and

AMERICAN SHRIMP PROCESSORS ASSOCIATION,

Consolidated Plaintiff,

and

AD HOC SHRIMP TRADE ACTION COMMITTEE,

Consolidated Plaintiff-Intervenor,

v.

UNITED STATES,

Defendant,

and

AD HOC SHRIMP TRADE ACTION COMMITTEE and AMERICAN SHRIMP PROCESSORS ASSOCIATION,

Defendant-Intervenors,

and

INDUSTRIAL PESQUERA SANTA PRISCILA, S.A. and SOCIEDAD NACIONAL DE GALAPAGOS, C.A.,

Consolidated Defendant-Intervenors.

**Consol. Ct. No. 25-00025**

**PLAINTIFFS' RULE 56.2 MOTION FOR JUDGMENT ON THE AGENCY RECORD**

Pursuant to USCIT Rule 56.2, the Plaintiffs, Industrial Pesquera Santa Priscila, S.A. and Sociedad Nacional de Galapagos, C.A., which are Ecuadorian producers and exporters of frozen warmwater shrimp and which were the two mandatory respondents in the investigation, move for judgment on the agency record on the issues raised in their Complaint, which challenge certain decisions made by the U.S. Department of Commerce in *Frozen Warmwater Shrimp from Ecuador: Final Affirmative Countervailing Duty Determination*, 89 Fed. Reg. 85,506 (Oct. 28, 2024) and in the accompanying final Issues and Decision Memorandum. *See also Frozen Warmwater Shrimp From Ecuador: Countervailing Duty Order*, 89 Fed. Reg. 104,982 (Dec. 16, 2024).

For the reasons described in the accompanying memorandum of points and authorities, Commerce's decisions were not supported by substantial record evidence and were not otherwise in accordance with law. Commerce also abused its discretion by making certain determinations. Accordingly, the Plaintiffs request that this Court grant this motion and (1) hold that Commerce's *Final Affirmative Countervailing Duty Determination* was unlawful; (2) remand the case to Commerce to correct the errors identified herein; and (3) grant such other and further relief that the Court deems just and proper.

Respectfully submitted,

/s/ Warren E. Connelly
Warren E. Connelly
Jarrod M. Goldfeder
Kenneth N. Hammer
TRADE PACIFIC PLLC
700 Pennsylvania Avenue, SE
Suite 500
Washington, D.C. 20003

Counsel for Industrial Pesquera Santa Priscila, S.A. and Sociedad Nacional de Galapagos, C.A.