**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE THE HONORABLE RICHARD K. EATON, JUDG**

INDUSTRIAL PESQUERA SANTA PRISCILA, S.A. and SOCIEDAD NACIONAL DE GALAPAGOS, C.A.,

Plaintiffs,

and

AMERICAN SHRIMP PROCESSORS ASSOCIATION,

Consolidated Plaintiff,

and

AD HOC SHRIMP TRADE ACTION COMMITTEE,

Consolidated Plaintiff-Intervenor,

v.

UNITED STATES,

Defendant,

and

AD HOC SHRIMP TRADE ACTION COMMITTEE and AMERICAN SHRIMP PROCESSORS ASSOCIATION,

Defendant-Intervenors,

and

INDUSTRIAL PESQUERA SANTA PRISCILA, S.A. and SOCIEDAD NACIONAL DE GALAPAGOS, C.A.,

Consolidated Defendant-Intervenors.

**Consol. Ct. No. 25-00025**

**ORDER**

Upon consideration of the Plaintiffs' Rule 56.2 Motion for Judgment on the Agency Record and all other papers and proceedings herein, it is hereby

**ORDERED** that Plaintiffs' Rule 56.2 Motion is GRANTED, and it is further

**ORDERED** that the determination issued in *Frozen Warmwater Shrimp from Ecuador: Final Affirmative Countervailing Duty Determination*, 89 Fed. Reg. 85,506 (Oct. 28, 2024) is remanded to the U.S. Department of Commerce with instructions to take such further action as is required by the Court's decision in this matter.

**SO ORDERED**, this _____ day of _________, 2026.

New York, New York

__________________________________

Richard K. Eaton, Judge