**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: THE HONORABLE RICHARD K. EATON, JUDGE**

| | |
|---|---|
| **INDUSTRIAL PESQUERA SANTA PRISCILA S.A. and SOCIEDAD NACIONAL DE GALÁPAGOS C.A.,**<br><br>  **Plaintiff,**<br><br> **and**<br><br>**AMERICAN SHRIMP PROCESSORS ASSOCIATION,**<br><br>  **Consolidated Plaintiff,**<br><br> **and**<br><br>**AD HOC SHRIMP TRADE ACTION COMMITTEE,**<br><br>  **Consolidated Pl.-Intervenor,**<br><br> **v.**<br><br>**UNITED STATES,**<br><br>  **Defendant,**<br><br> **and**<br><br>**AD HOC SHRIMP TRADE ACTION COMMITTEE and AMERICAN SHRIMP PROCESSORS ASSOCIATION,**<br><br>  **Defendant-Intervenors,**<br><br> **and**<br><br>**INDUSTRIAL PESQUERA SANTA PRISCILA S.A. and SOCIEDAD NACIONAL DE GALÁPAGOS C.A.,**<br><br>  **Consolidated Def.-Intervenors.** | **Consol. Court No. 25-00025** |

**CONSOLIDATED PLAINTIFF-INTERVENOR'S RULE 56.2**
**MOTION FOR JUDGMENT ON THE AGENCY RECORD**

Pursuant to Rule 56.2 of the U.S. Court of International Trade ("CIT"),

consolidated plaintiff-intervenor Ad Hoc Shrimp Trade Action Committee

("Domestic Producers") hereby moves for judgment on the agency record with respect to the final affirmative determination of the U.S. Department of Commerce ("Commerce") in its countervailing duty ("CVD") investigation of frozen warmwater shrimp from Ecuador.  *See Frozen Warmwater Shrimp From Ecuador*, 89 Fed. Reg. 85,506 (Dep't Commerce Oct. 28, 2024) (final affirmative countervailing duty determination) ("*Final Determination*").

For the reasons described in the accompanying memorandum, Domestic Producers respectfully move for this Court to hold that the contested portions of the *Final Determination* are neither supported by substantial evidence nor in accordance with law.  Accordingly, Domestic Producers respectfully request that this Court remand Commerce's determination with instructions to undertake further proceedings consistent with the opinion of this Court and grant such other or further relief as this Court deems just and proper.

Respectfully submitted,

*/s/ Nathaniel Maandig Rickard*

Nathaniel Maandig Rickard
Zachary J. Walker

**PICARD KENTZ & ROWE LLP**
*Counsel to Ad Hoc Shrimp Trade
    Action Committee*

Dated: August 26, 2025

**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE RICHARD K. EATON, JUDGE**

| | |
|---|---|
| **INDUSTRIAL PESQUERA SANTA PRISCILA S.A. and SOCIEDAD NACIONAL DE GALÁPAGOS C.A.,**<br><br>      **Plaintiff,**<br><br>   **and**<br><br>**AMERICAN SHRIMP PROCESSORS ASSOCIATION,**<br><br>      **Consolidated Plaintiff,**<br><br>   **and**<br><br>**AD HOC SHRIMP TRADE ACTION COMMITTEE,**<br><br>      **Consolidated Pl.-Intervenor,**<br><br>   **v.**<br><br>**UNITED STATES,**<br><br>      **Defendant,**<br><br>   **and**<br><br>**AD HOC SHRIMP TRADE ACTION COMMITTEE and AMERICAN SHRIMP PROCESSORS ASSOCIATION,**<br><br>      **Defendant-Intervenors,**<br><br>   **and**<br><br>**INDUSTRIAL PESQUERA SANTA PRISCILA S.A. and SOCIEDAD NACIONAL DE GALÁPAGOS C.A.,**<br><br>      **Consolidated Def.-Intervenors.** | **Consol. Court No. 25-00025** |

**PROPOSED ORDER**

Upon consideration of the motion for judgment on the agency record filed by

consolidated plaintiff-intervenor Ad Hoc Shrimp Trade Action Committee, and all

other papers and proceedings had herein, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that the final affirmative determination of the U.S. Department of Commerce ("Commerce") in its countervailing duty investigation of frozen warmwater shrimp from Ecuador, *see* ECF 27-4, is remanded to Commerce with instructions to take such further action as required by the Court's decision in this matter.

**SO ORDERED**.

Dated: _____        _____
      New York, New York        The Honorable Richard K. Eaton, Judge

**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: THE HONORABLE RICHARD K. EATON, JUDGE**

|  |  |
|---|---|
| **INDUSTRIAL PESQUERA SANTA PRISCILA S.A. and SOCIEDAD NACIONAL DE GALÁPAGOS C.A.,** | |
|       **Plaintiff,** | |
|    **and** | |
| **AMERICAN SHRIMP PROCESSORS ASSOCIATION,** | |
|       **Consolidated Plaintiff,** | |
|    **and** | |
| **AD HOC SHRIMP TRADE ACTION COMMITTEE,** | |
|       **Consolidated Pl.-Intervenor,** | |
|    **v.** | **Consol. Court No. 25-00025** |
| **UNITED STATES,** | |
|       **Defendant,** | |
|    **and** | |
| **AD HOC SHRIMP TRADE ACTION COMMITTEE and AMERICAN SHRIMP PROCESSORS ASSOCIATION,** | |
|       **Defendant-Intervenors,** | |
|    **and** | |
| **INDUSTRIAL PESQUERA SANTA PRISCILA S.A. and SOCIEDAD NACIONAL DE GALÁPAGOS C.A.,** | |
|       **Consolidated Def.-Intervenors.** | |

**CONSOLIDATED PLAINTIFF-INTERVENOR AD HOC SHRIMP TRADE**
**ACTION COMMITTEE'S MEMORANDUM IN SUPPORT OF ITS RULE 56.2**
**MOTION FOR JUDGMENT ON THE AGENCY RECORD**

## **TABLE OF CONTENTS**

Table of Authorities ...................................................................................................ii

Statement Pursuant to Rule 56.2 ............................................................................ 1

    A.    The Administrative Determination Under Review ............................ 1

    B.    The Issues of Law Presented ............................................................. 2

Argument ................................................................................................................. 2

    I.    Domestic Producers Incorporate by Reference the Arguments Presented by ASPA ............................................................................. 2

Conclusion ............................................................................................................... 3

## <u>TABLE OF AUTHORITIES</u>

### Statutes

19 U.S.C. § 1516a…..………………………………………………………..……… 2

### Administrative Determinations

*Frozen Warmwater Shrimp From Ecuador*, 89 Fed. Reg. 85,506
(Dep't Commerce Oct. 28, 2024)…..……………………..……………………………1-2

*Frozen Warmwater Shrimp From Indonesia: Antidumping Duty Order; Frozen
Warmwater Shrimp From Ecuador, India, and the Socialist Republic of
Vietnam: Countervailing Duty Orders,* 89 Fed. Reg. 104,982 (Dep't Commerce
Dec. 26, 2024)..……………………………………………………..……………..2

**CONSOLIDATED PLAINTIFF-INTERVENOR AD HOC SHRIMP TRADE ACTION COMMITTEE'S MEMORANDUM IN SUPPORT OF ITS RULE 56.2 MOTION FOR JUDGMENT ON THE AGENCY RECORD**

Consolidated plaintiff-intervenor Ad Hoc Shrimp Trade Action Committee ("Domestic Producers") contests the final affirmative determination of the U.S. Department of Commerce ("Commerce") in its countervailing duty ("CVD") investigation of frozen warmwater shrimp from Ecuador.  *See Frozen Warmwater Shrimp From Ecuador*, 89 Fed. Reg. 85,506 (Dep't Commerce Oct. 28, 2024) (final affirmative countervailing duty determination) ("*Final Determination*"), PR 459.[1] Domestic Producers request that the Court remand Commerce's determination for the reasons detailed in the brief filed by the American Shrimp Processors Association ("ASPA") in support of its motion for judgment on the agency record. *See* Pl. American Shrimp Processors Association's Memorandum in Support of Rule 56.2 Mot. For J. on the Agency R., Aug. 26, 2025 ("ASPA Br."), ECF 41.

**STATEMENT PURSUANT TO RULE 56.2**

**A.     The Administrative Determination Under Review**

The administrative determination under review is Commerce's final affirmative determination issued at the conclusion of its CVD investigation of frozen warmwater shrimp from Ecuador.  *See Final Determination*, 89 Fed. Reg. at 85,506. The challenged factual findings and legal conclusions are set out primarily in the

---

[1] All citations in this brief to documents contained in the administrative record are to public documents.  Citations to these documents are designated as "PR __" and include the document number from the public record index filed with the Court.  *See* Public Index to the Administrative Record, Mar. 31, 2025, ECF 27-1.

**Consol. Court No. 25-00025**

"Issues and Decision Memorandum" accompanying the *Final Determination.  See* Issues and Decision Memorandum for the Final Affirmative Determination of the Countervailing Duty Investigation of Frozen Warmwater Shrimp from Ecuador (Oct. 21, 2024), PR 456.  The resulting CVD order was published in the Federal Register on December 26, 2024.  *Frozen Warmwater Shrimp From Indonesia: Antidumping Duty Order; Frozen Warmwater Shrimp From Ecuador, India, and the Socialist Republic of Vietnam: Countervailing Duty Orders,* 89 Fed. Reg. 104,982 (Dep't Commerce Dec. 26, 2024), PR 467.

**B.    The Issues of Law Presented**

Domestic Producers incorporate by reference and support the issues of law presented by ASPA.  *See* ASPA Br. 2-3.

<u>**ARGUMENT**</u>

**I.    DOMESTIC PRODUCERS INCORPORATE BY REFERENCE THE ARGUMENTS PRESENTED BY ASPA**

As noted above in its statement pursuant to Rule 56.2(c), Domestic Producers support the arguments presented by ASPA.  As described in ASPA's brief, various aspects of Commerce's *Final Determination* are not in accordance with law and must be set aside.  *See* 19 U.S.C. § 1516a(b)(1)(B)(i).  Domestic Producers incorporate by reference the arguments presented by ASPA and respectfully request that this Court remand the *Final Determination* so that Commerce can impose remedial duties that are equal to the amount of the net countervailable subsidy.

**Consol. Court No. 25-00025**

## <u>CONCLUSION</u>

Domestic Producers respectfully request that the Court remand Commerce's final determination for further proceedings and grant such other relief as the Court determines is just and proper.

Respectfully submitted,

<u>/s/ Nathaniel Maandig Rickard</u>

Nathaniel Maandig Rickard
Zachary J. Walker

**PICARD KENTZ & ROWE LLP**
*Counsel to Ad Hoc Shrimp Trade*
  *Action Committee*

Dated: August 26, 2025

## CERTIFICATE OF COMPLIANCE

The undersigned counsel hereby certifies that this brief complies with the 14,000 word-count limitation established in section 2(B) of the Standard Chambers Procedures.  Specifically, this brief contains 477 words according to the word-count function of the word-processing software used to prepare the memorandum, excluding the table of contents, table of authorities, and counsel's signature block.

Respectfully submitted,

*/s/ Nathaniel Maandig Rickard*
Nathaniel Maandig Rickard

**PICARD KENTZ & ROWE LLP**
*Counsel to Ad Hoc Shrimp Trade
Action Committee*

Dated: August 26, 2025