**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE THE HONORABLE RICHARD K. EATON, JUDGE**

| | |
|---|---|
| INDUSTRIAL PESQUERA SANTA PRISCILA, S.A. and SOCIEDAD NACIONAL DE GALÁPAGOS, C.A., | |
| Plaintiffs, | |
| v. | |
| UNITED STATES, | **Consol. Ct. No. 25-00025** |
| Defendant, | |
| and | |
| AD HOC SHRIMP TRADE ACTION COMMITTEE and AMERICAN SHRIMP PROCESSORS ASSOCIATION, | |
| Defendant-Intervenors, | |

**ORDER**

Upon consideration of the Plaintiffs' Motion to Complete the Record and all other papers and proceedings herein, it is hereby

**ORDERED** that Plaintiffs' Motion to Complete the Record is GRANTED, and it is further

**ORDERED** that, within 14 days of this Order, the Department of Commerce shall effect the inclusion in the record of the Declaration of Kenneth N. Hammer and Exhibits 1-6 attached thereto in accordance with the Alternative Procedure set forth in USCIT Rule 73.2(b), and it is further

**ORDERED** that the words "Rejected and Retained Document" shall be superimposed on each page in the record for review to which that description applies.

**SO ORDERED.**

__________________________

Richard K. Eaton, Judge

Dated: __________

New York, New York