**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE THE HONORABLE RICHARD K. EATON, SENIOR JUDGE**

| | |
|---|---|
| INDUSTRIAL PESQUERA SANTA PRISCILA, S.A. and SOCIEDAD NACIONAL DE GALÁPAGOS,C.A.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant,<br><br>and<br><br>AD HOC SHRIMP TRADE ACTION COMMITTEE and AMERICAN SHRIMP PROCESSORS ASSOCIATION,<br><br>Defendant-Intervenors. | **Consol. Ct. No. 25-00025** |

**ORDER**

Upon consideration of the Plaintiffs' Motion for Leave to File a Reply and all other papers and proceedings herein, it is hereby

**ORDERED** that Plaintiffs' Motion for Leave to File a Reply is GRANTED, and it is further

**ORDERED** that, within 10 days of this Order, the Plaintiffs shall file their Reply to the Response of the Defendant and the Defendant-Intervenors to Plaintiffs' Motion to Complete the Agency Record, not to exceed 1,500 words.

**SO ORDERED.**

__________________________
Richard K. Eaton, Senior Judge

Dated: __________
New York, New York