**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE: THE HONORABLE RICHARD K. EATON, SENIOR JUDGE

INDUSTRIAL PESQUERA SANTA PRISCILA S.A., SOCIEDAD NACIONAL DE GALAPAGOS, C.A.,

Plaintiffs/Consolidated Defendant-Intervenors,

v.

UNITED STATES,

Defendant,

and

AMERICAN SHRIMP PROCESSORS ASSOCIATION,

Defendant-Intervenor/ Consolidated Plaintiff,

and

AD HOC SHRIMP TRADE ACTION COMMITTEE,

Defendant-Intervenor/ Consolidated Plaintiff-Intervenor.

Consol. Court No. 25-00025

DEFENDANT'S MOTION FOR A STAY OF CASE
IN LIGHT OF LAPSE IN APPROPRIATIONS

The United States of America hereby moves for a stay of this case.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of this case until Congress has restored appropriations to the Department. Imminently approaching filing deadlines in this case include defendant's response to plaintiffs' "Motion for Leave to File Reply to Responses to Plaintiffs' Motion to Complete the Administrative Record," due on October 16, 2025.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

5. Mr. Warren Connelly, counsel for the plaintiffs Industrial Pesquera Santa Priscila S.A. and Sociedad Nacional de Galapagos, C.A., Mr. Nathan Rickard, counsel for defendant-intervenor Ad Hoc Shrimp Trade Action Committee, and Ms. Elizabeth Drake, counsel for defendant-intervenor American Shrimp Processors Association, have each authorized counsel for the Government to state that the parties consent to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ *Reginald T. Blades, Jr.*
REGINALD T. BLADES, Jr.
Assistant Director

/s/ *Anne M. Delmare*
ANNE M. DELMARE
Trial Attorney
United States Department of Justice
Civil Division, Commercial Litigation Branch
P.O. Box 480 | Ben Franklin Station
Washington, DC 20044
(202) 305-0531
Anne.M.Delmare@usdoj.gov

*Attorneys for Defendant*

October 1, 2025

**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE: THE HONORABLE RICHARD K. EATON, SENIOR JUDGE

| | |
|---|---|
| INDUSTRIAL PESQUERA SANTA PRISCILA S.A., SOCIEDAD NACIONAL DE GALAPAGOS, C.A., | |
| Plaintiffs/Consolidated Defendant-Intervenors, | |
| v. | |
| UNITED STATES, | |
| Defendant, | Consol. Court No. 25-00025 |
| and | |
| AMERICAN SHRIMP PROCESSORS ASSOCIATION, | |
| Defendant-Intervenor/ Consolidated Plaintiff, | |
| and | |
| AD HOC SHRIMP TRADE ACTION COMMITTEE, | |
| Defendant-Intervenor/ Consolidated Plaintiff-Intervenor. | |

**ORDER**

On consideration of defendant's motion for a stay of the case, it is hereby

ORDERED that the motion for stay is GRANTED.

Dated:_________________

_______________________
JUDGE