UNITED STATES DEPARTMENT OF COMMERCE
Office of the General Counsel
OFFICE OF THE CHIEF COUNSEL FOR TRADE ENFORCEMENT & COMPLIANCE
Washington, D.C. 20230

November 21, 2025

**FILED ELECTRONICALLY VIA CM/ECF**

Gina Justice
Clerk of the Court
U.S. Court of International Trade
One Federal Plaza
New York, NY 10278-0001

Re: *Industrial Pesquera Santa Priscila S.A. v. United States*, Consol. Court No. 25-00025

Dear Mr. Toscano:

Pursuant to the Court's order of October 20, 2025, ECF No. 60, Commerce is effectuating the inclusion in the record before this Court of Exhibits 1 through 6 attached to the Declaration of Kenneth N. Hammer in Plaintiffs' Motion to Complete the Record, ECF Nos. 46, 47 in accordance with the "Alternative Procedure" set forth in USCIT Rule 73.2(b). Further, in accordance with the Court's order, Commerce has superimposed the words "Rejected and Retained Document" on each page in these documents.

If you have any questions concerning this matter, please contact me at (202) 482-6035.

Respectfully submitted,

/s Vania Wang
Vania Wang
Attorney
Office of the Chief Counsel
for Trade Enforcement & Compliance

Attachments

cc: (with attachments)

Anne Marie Delmare
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
(202) 305-0531
anne.m.delmare@usdoj.gov

Warren E. Connelly
Trade Pacific PLLC
700 Pennslyvania Avenue, SE
Suite 500
Washington, DC 20003
(202) 223-3760
wconnelly@tradepacificlaw.com

Nathaniel Jude Maandig Rickard
Picard, Kentz & Rowe, LLP
1155 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
(202) 331-5040
nrickard@pkrllp.com

Roger Brian Schagrin
Schagrin Associates
900 Seventh Street, NW
Suite 500
Washington, DC 20001
(202) 223-1700
rschagrin@schagrinassociates.com

**CERTIFICATE OF SERVICE**

I certify that, on this 21st day of November 2025, I will serve parties via electronic means through the Kiteworks system to which all parties have consented pursuant to Rule 5(b)(2)(E).

/s/ Vania Wang
Vania Wang
Senior Attorney
Office of the Chief Counsel
for Trade Enforcement and Compliance
Washington, D.C. 20230