# EXHIBIT 2

Rejected & Retained Document

## Minor Corrections

Industrial Pesquera Santa Priscila S.A. ("Santa Priscila") and its cross-owned affiliates, Produmar S.A., Egidiosa S.A., Tropical Packing Ecuador ("Tropack"), and Manesil S.A., discovered the following minor error while preparing for this countervailing duty verification:

1. **Electricity for LTAR - Egidiosa:** In Section III of Santa Priscila's February 16, 2024, Supplier Questionnaire Response (at Vol. III, Ex. EGI-1), Egidiosa reported electricity usage for its facility. In the same exhibit, Egidiosa separately reported the quantity (i.e., kilowatt hours ("kWh")), value (i.e., U.S. dollars), and average per-unit prices for each month of the period of investigation ("POI") based on [ ].

   First, when reviewing its electricity invoices, Egidiosa discovered that it inadvertently overlooked that the usage periods reflected on the invoices issued by its electricity provider, Corporacion Nacional Electricidad E.P ("CNEL"), are divided into [ ]. Egidiosa reported usage during the [ ] quantity and value. When reviewing the tariff schedules issued by the Government of Ecuador ("GOE"), Egidiosa determined it had aggregated electricity consumed during the hours of [ ] instead of reporting its usage for the [ ], as reflected in the tariff schedules issued by the GOE.

   Second, Egidiosa discovered an error in copying the electricity consumption values for two months of the POI (i.e., [ ]) from the respective invoices.

   **Attachment 1** contains a corrected version reporting all electricity usage during the POI by Egidiosa reflecting the corrected electricity usage during the [ ], as reflected on Egidiosa's electricity invoices and the tariff schedules issued by the GOE. **Attachment 1** also corrects the values reported for the months of [ ] 2022. Finally, **Attachment 1** contains a sample electricity invoice to support the corrections to the revised electricity template contained in the attachment.

   The reclassification of the charges resulted in no changes to the consumption quantity and value and the corrections for the January and October usage resulted in a minisccule [ ] kilowatt hours ("kWh") electricity over the entire POI. Applying the corrected [ ] electricity tariff rates resulted in a miniscule [ ] in the value of electricity purchased over the entire POI. Furthermore, the aggregated difference in kWh over the entire POR amounts to less than [ ] and the

Rejected & Retained Document

aggregated difference in the value of electricity purchases over the entire POR amounts to less than [ ].

2. **Electricity for LTAR - Produmar:** In Section III of Santa Priscila's February 16, 2024, Supplier Questionnaire Response (at Vol. III, Ex. PRO-5), Produmar reported electricity usage for its facility. In the same exhibit, Produmar separately reported the quantity (i.e., kilowatt hours ("kWh")), value (i.e., U.S. dollars), and average per-unit prices for each month of the period of investigation ("POI") based on [ ].

Produmar discovered that it inadvertently overlooked that the usage periods reflected on the invoices issued by its electricity provider, Corporacion Nacional Electricidad E.P ("CNEL"), are divided into [ ]. Produmar reported usage during the [ ] quantity and value. When reviewing the tariff schedules issued by the Government of Ecuador ("GOE"), Produmar determined it had aggregated electricity consumed during the hours of [ ] instead of reporting its usage for the [ ], as reflected in the tariff schedules issued by the GOE.

**Attachment 2** contains a corrected version reporting all electricity usage during the POI by Produmar reflecting the corrected electricity usage during the [ ], as reflected on Produmar's electricity invoices and the tariff schedules issued by the GOE. A sample invoice is provided in the electricity verification exhibit.

Produmar has only made this correction to demonstrate how the electricity rates in the tariff schedule align with the electricity reporting. There is no difference between the annual quantity or value of electricity consumption reported during the POI.

Rejected & Retained Document

3. **Motor Vehicle Tax – Produmar:** In its March 18, 2024, Supplier Questionnaire response (at Ex. PRO-15), Produmar reported $[ ] in exempt "Vehicle Ownership Tax" benefits for qualifying vehicles pursuant to the Annual Motor Vehicle tax exemption program for the POI. When Produmar reviewed the Internal Revenue Service's (SRI) electronic registry to obtain the tax records for the vehicles for which it reported receiving benefits, Produmar realized that it inadvertently reported the tax savings attributable to qualifying vehicles for the year 2023 rather than for 2022, which coincides with the POI.

**Attachment 3** contains a worksheet listing the qualifying vehicles, the amount of "Vehicle Ownership Tax" before the exemption is applied, the amount of tax actually paid, and the amount exempted for each qualifying vehicle for 2022. The exhibit also includes screenshots from the SRI's online platform for each of the vehicle reflected in

the revised 2022 worksheet, which supports the amount of tax before the exemption is applied, the amount of exempt "Vehicle Ownership Tax" for each vehicle and the year. The difference in total reported tax exemption benefits for all qualifying vehicles in 2022in the corrected worksheet, when compared to the tax savings reported in Ex. PRO-15, is a mere [ ]%.

Rejected & Retained Document