# EXHIBIT 3

Rejected & Retained Document

# THE FOLLOWING 51 PAGES ARE NOT SUSCEPTIBLE TO PUBLIC SUMMARY

Rejected & Retained Document