# EXHIBIT 4

Rejected & Retained Document

# THE FOLLOWING 7 PAGES ARE NOT SUSCEPTIBLE TO PUBLIC SUMMARY

Rejected & Retained Document