# EXHIBIT 5

Rejected & Retained Document

# THE FOLLOWING 70 PAGES ARE NOT SUSCEPTIBLE TO PUBLIC SUMMARY

Rejected & Retained Document