# EXHIBIT 6

Rejected & Retained Document

# THE FOLLOWING 69 PAGES ARE NOT SUSCEPTIBLE TO PUBLIC SUMMARY

Rejected & Retained Document