IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| INDUSTRIAL PESQUERA SANTA PRISCILA S.A., SOCIEDAD NACIONAL DE GALAPAGOS, C.A., <br><br> Plaintiffs/Consolidated Defendant-Intervenors, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> AMERICAN SHRIMP PROCESSORS ASSOCIATION, <br><br> Defendant-Intervenor/ Consolidated Plaintiff, <br><br> and <br><br> AD HOC SHRIMP TRADE ACTION COMMITTEE, <br><br> Defendant-Intervenor/ Consolidated Plaintiff-Intervenor. | Consol. Court No. 25-00025 |

**<u>ORDER</u>**

Pursuant to defendant's consent motion for leave to file a consolidated Rule 56.2 response brief exceeding the Court's type-volume limitations, it is hereby ORDERED that defendant's motion is granted; and, it is further

2

ORDERED that defendant United States may file a consolidated Rule 56.2 response brief in excess of the Court's type-volume limitations, not to exceed a length of 18,000 words.

Dated:_____, 2026          _____
     New York, N.Y.                                   JUDGE

**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE: THE HONORABLE RICHARD K. EATON, SENIOR JUDGE

| | |
|---|---|
| INDUSTRIAL PESQUERA SANTA PRISCILA S.A., SOCIEDAD NACIONAL DE GALAPAGOS, C.A., <br><br> Plaintiffs/Consolidated Defendant-Intervenors, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> AMERICAN SHRIMP PROCESSORS ASSOCIATION, <br><br> Defendant-Intervenor/ Consolidated Plaintiff, <br><br> and <br><br> AD HOC SHRIMP TRADE ACTION COMMITTEE, <br><br> Defendant-Intervenor/ Consolidated Plaintiff-Intervenor. | Consol. Court No. 25-00025 |

**DEFENDANT'S CONSENT MOTION TO FILE A
RESPONSE BRIEF EXCEEDING TYPE-VOLUME LIMIT**

Defendant, the United States, respectfully requests leave from the Court to file its consolidated Rule 56.2 response brief to the various opening briefs in this action, in excess of the Court's 14,000 word type-volume limit up to a limit of 18,000 words. On March 4, 2026, Elizabeth Drake, on behalf of ASPA, Nathan Rickard, on behalf of the Ad Hoc Shrimp Trade

Action Committee, and Warren Connolly, on behalf of the Ecuadorian respondents, each represented that they consent to this motion.

    A consolidated response brief exceeding the word limit is necessary to address fully the multiple issues and arguments that the plaintiffs, consolidated plaintiffs, plaintiff-intervenors, and defendant-intervenors raise in their Rule 56.2 opening briefs.  Specifically, the three opening briefs—representing both domestic and respondent-affiliated parties—raise several separate issues and arguments (some with several sub-arguments), spanning approximately 27,834 (13,991 + 477 + 13,366) words in aggregate length.  The enlargement we are seeking will thus enable us to best assist the Court in resolving these matters by responding fully to the extensive opening briefing.  If the Court grants our enlargement, our consolidated response brief will still be considerably shorter than the aggregate length of the three opening briefs.

    For these reasons, we respectfully request that the Court grant the defendant leave to file a consolidated response brief in excess of the Court's type-volume limitations in this case, not to exceed 18,000 words.

|  |  |
|---|---|
|  | Respectfully Submitted, |
|  | BRETT A. SHUMATE<br>Assistant Attorney General |
|  | PATRICIA M. McCARTHY<br>Director |
| OF COUNSEL:<br>VANIA WANG<br>Senior Counsel<br>Office of the Chief Counsel<br>for Trade Enforcement & Compliance | /s/Tara K. Hogan<br>TARA K. HOGAN<br>Assistant Director<br>U.S. Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>P.O. Box 480, Ben Franklin Station<br>U.S. Department of Commerce<br>Washington, D.C. 20044<br>Telephone: (202) 616-2228<br>Email: tara.hogan@usdoj.gov |
| March 6, 2026 | *Attorneys for Defendant United States* |