**UNITED STATES COURT OF INTERNATIONAL TRADE**

***Industrial Pesquera Santa Priscila S.A. v. United States***
**Consol. Court No. 25-00025**

**CERTIFICATE OF SERVICE**

Pursuant to U.S. Court of International Trade Administrative Order 25-01 Re. Procedures for Access and Management of Sealed Documents, I, Kenneth N. Hammer, certify that on this 13th day of March, 2026, copies of the Response Brief of Defendant-Intervenors Industrial Pesquera Santa Priscila S.A. and Sociedad Nacional de Galápagos C.A. are being served by secure email on the following parties:

**On behalf of Consolidated Plaintiff and Defendant-Intervenor American Shrimp Processors Association:**

Roger Brian Schagrin, Esq.
Schagrin Associates
900 Seventh Street, NW., Suite 500
Washington, DC 20001
Email: rschagrin@schagrinassociates.com

**On behalf of Consolidated Plaintiff-Intervenor and Defendant-Intervenor Ad Hoc Shrimp Trade Action Committee:**

Nathaniel Jude Maandig Rickard, Esq.
Picard, Kentz & Rowe, LLP
1155 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Email: nrickard@pkrllp.com

**On behalf of Defendant United States:**

Tara Hogan, Esq.
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Email: Tara.Hogan@usdoj.gov

Vania Y Yang, Esq.
U.S. Department of Commerce
OCC Trade Enforcement
1401 Constitution Avenue, NW.

Suite 3627
Washington, DC 20230
Email: vania.wang@trade.gov

William Mitchell Purdy, Esq.
U.S. Department of Commerce
OCC Trade Enforcement
1401 Constitution Avenue, NW.
Suite 3627
Washington, DC 20230
Email: william.purdy@trade.gov

/s/ Kenneth N. Hammer
Kenneth N. Hammer
TRADE PACIFIC PLLC