**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE THE HONORABLE RICHARD K. EATON, SENIOR JUDGE**

|  |  |  |
|---|---|---|
| INDUSTRIAL PESQUERA SANTA PRISCILA, S.A. and SOCIEDAD NACIONAL DE GALAPAGOS, C.A., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| and | ) ) | **Consol. Ct. No. 25-00025** |
| AMERICAN SHRIMP PROCESSORS ASSOCIATION, | ) ) ) | |
| Consolidated Plaintiff, | ) ) | |
| and | ) ) | |
| AD HOC SHRIMP TRADE ACTION COMMITTEE, | ) ) ) | |
| Consolidated Plaintiff-Intervenor, | ) ) | |
| v. | ) ) | |
| UNITED STATES, | ) ) | |
| Defendant, | ) ) | |
| and | ) ) | |
| AD HOC SHRIMP TRADE ACTION COMMITTEE and AMERICAN SHRIMP PROCESSORS ASSOCIATION, | ) ) ) | |
| Defendant-Intervenors, | ) ) | |
| and, | ) ) | |
| INDUSTRIAL PESQUERA SANTA PRISCILA, S.A. and SOCIEDAD NACIONAL DE GALAPAGOS, C.A., | ) ) ) | |
| Consolidated Defendant-Intervenors. | ) ) | |

**JOINT CONSENT MOTION TO FILE REPLY BRIEFS**
**THAT EXCEED THE 7,000 WORD COUNT LIMIT**

1

The parties in this action respectfully request leave from the Court to file their April 13, 2026 reply briefs in excess of the Court's 7,000 word count limitation up to a limit of 9,000 words. Reply briefs exceeding the 7,000-word count limit are necessary for each party to address fully the multiple issues and arguments that other parties have raised in their respective response briefs. The enlargement that all parties are seeking will thus enable them to best assist the Court in resolving these matters by responding fully to the extensive response briefs.

For these reasons, we respectfully request that the Court grant all parties leave to file their respective reply briefs in excess of the Court's type-volume limitations in this case, not to exceed 9,000 words.

Respectfully submitted:

/s/Warren E. Connelly
Jarrod M. Goldfeder
Kenneth N. Hammer

TRADE PACIFIC PLLC
700 Pennsylvania Avenue, SE
Suite 500
Washington, D.C. 20003
202-223-3760

Counsel for Industrial Pesquera Santa Priscila, S.A.
and Sociedad Nacional de Galapagos, C.A.

Tara Hogan
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

Counsel for the Defendant, United States

Elizabeth Drake
Schagrin Associates
900 Seventh Street, NW., Suite 500
Washington, DC 20001

Counsel for the American Shrimp Processors
Association


Nathaniel Jude Maandig Rickard, Esq.
Picard, Kentz & Rowe, LLP
1155 Connecticut Avenue, NW
Suite 700
Washington, DC 20036

Counsel for Ad Hoc Shrimp Trade Action
Committee

Date: April 7, 2026

3