**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE THE HONORABLE RICHARD K. EATON, SENIOR JUDGE**

|  |  |
|---|---|
| INDUSTRIAL PESQUERA SANTA PRISCILA, S.A. and SOCIEDAD NACIONAL DE GALAPAGOS, C.A., <br><br> Plaintiffs, <br><br> and <br><br> AMERICAN SHRIMP PROCESSORS ASSOCIATION, <br><br> Consolidated Plaintiff, <br><br> and <br><br> AD HOC SHRIMP TRADE ACTION COMMITTEE, <br><br> Consolidated Plaintiff-Intervenor, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> AD HOC SHRIMP TRADE ACTION COMMITTEE and AMERICAN SHRIMP PROCESSORS ASSOCIATION, <br><br> Defendant-Intervenors, <br><br> and, <br><br> INDUSTRIAL PESQUERA SANTA PRISCILA, S.A. and SOCIEDAD NACIONAL DE GALAPAGOS, C.A., <br><br> Consolidated Defendant-Intervenors. | **Consol. Ct. No. 25-00025** |

**ORDER**

Upon consideration of the parties' joint consent motion to file their respective reply briefs exceeding word limit of 7,000 words, it is hereby

**ORDERED** that the motion is GRANTED; and it is further

**ORDERED** that the parties may file their reply briefs in excess of the Court's word count limitation, not to exceed a length of 9,000 words.

_____
Richard K. Eaton, Senior Judge

Dated: April __, 2026

New York, New York